### UNITED STATES BANKRUPTCY COURT FOR THE
### WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| RICHARD EARL ARMSTRONG and | ) | |
| ANNETTE NMN ARMSTRONG | ) | Case No. 08-44714-drd-7 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| RICHARD EARL ARMSTRONG and | ) | |
| ANNETTE NMN ARMSTRONG, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Adversary Case No. 09-4131-drd |
| | ) | |
| DIRECT STUDENT LOANS, | ) | |
| U.S. DEPARTMENT OF EDUCATION and | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendants. | ) | |

### AMENDED JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

COME NOW Debtors/Plaintiffs, by counsel, and Defendants, by counsel, and jointly stipulate that Plaintiffs' Complaint to Determine Dischargeability of Student Loan shall be dismissed, without prejudice. Each party shall bear that party's own costs.

| | |
|---|---|
| PATTERSON LAW OFFICE LLC | Beth Phillips |
| /s/ *Christopher T. Patterson* | United States Attorney |
| Christopher T. Patterson MO # 28732 | |
| 7000 N.W. Prairie View Road         By | /s/  Thomas M. Larson |
| Kansas City MO 64151 | Thomas M. Larson. MO #21957 |
| 816-471-7722 Fax 816-746-6104 | Deputy United States Attorney |
| | Charles Evans Whittaker Courthouse |
| cpatterson@pattersonlaw.net | 400 East Ninth Street, Room 5510 |
| | Kansas City, MO 64106 |
| ATTORNEYS FOR DEBTORS/ | 816-426-3130   Fax 816-426-3165 |
|      PLAINTIFFS | E-mail: tom.larson@usdoj.gov |
| | ATTORNEY FOR DEFENDANT |
| | U.S. DEPARTMENT OF EDUCATION |