**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RICHARD EARL ARMSTRONG and | ) | Bankruptcy No. 08-44714-drd-7 |
| ANNETTE NMN ARMSTRONG, | ) | |
| | ) | |
| Debtors, | ) | |
| | ) | |
| RICHARD EARL ARMSTRONG and | ) | |
| ANNETTE NMN ARMSTRONG, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. Proceeding No. 09-4131-drd |
| | ) | |
| DIRECT STUDENT LOANS, | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| EDUCATION and UNITED STATES OF | ) | |
| AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER OF DISMISSAL**

Upon joint motion of the parties, it is hereby Ordered that this adversary action is dismissed without prejudice, each party to bear its own costs.

/s/Dennis R. Dow
DENNIS R. DOW
UNITED STATES BANKRUPTCY JUDGE

Dated: March 9, 2010